## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:CV-06-1107 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| Contents of Fulton Bank Account | ) | |
| No. 3622-76161 in the | ) | |
| names of Curtis L. Hess and/or | ) | |
| Deborah N. Hess, | ) | |
| | ) | |
| Defendant. | ) | (Electronically filed) |

FILED
HARRISBURG
SEP 1 8 2006
MARY E. D'ANDREA. CLERK
Per_____
Deputy Clerk

### ORDER

UPON motion of the Plaintiff, United States of America, it is

hereby ORDERED,  ADJUDGED and DECREED that the action is

dismissed without prejudice.

SO ORDERED this _18TH_ day of September, 2006.

CHRISTOPHER C. CONNER
UNITED STATES DISTRICT JUDGE